```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION


Teresa L. Hill,                :

        Plaintiff,             :

    v.                         :     Case No. 2:15-CV-2416

Selene Finance, LP,            :
                                     Magistrate Judge Kemp
        Defendant.             :
```

ORDER

The unopposed motion for leave to file documents under seal (Doc. 34) is granted.  Defendant may file under seal the documents identified in the motion.

```
                              /s/ Terence P. Kemp
                              United States Magistrate Judge
```